UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKEL SHANA'E SIENZANT, | ) | Civil No. 05CV1812-L(LSP) |
| Petitioner, | ) ) | **ORDER DENYING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241** |
| v. | ) ) | |
| COMMANDER KRIS WINTERS, | ) ) | |
| Respondent. | ) ) ) | |

On September 19, 2005, petitioner, appearing *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, contending that an alleged delay by the Navy Clemency and Parole Board ("NC&PB) in rendering a decision on her request for parole constituted a violation of her due process rights. Respondent filed a Return to the Petition contending that the Court lacks subject matter jurisdiction over petitioner's claim, and the petition is moot.

## Discussion

Petitioner was convicted by general court-martial of violating Uniform Code of Military Justice Articles 92, 128 and 134. She was sentenced to 39 months of confinement, forfeiture of all pay and allowances, reduction to paygrade E-1, and a dishonorable discharge. (Petition at 3).

Thereafter, petitioner sought parole. One month prior to the decision by the NC&PB that denied her parole or clemency, petitioner filed her petition here arguing that her due process rights were violated because the NC&PB had not entered a decision concerning her parole

request in a timely manner.  But petitioner received a resolution of her request for parole from the NC&PB.   Because she received a resolution, albeit a denial of parole, to her request for parole from the NC&PB, she has obtained the relief she sought in the present petition.  Accordingly, her petition is moot.

## Conclusion

Based on the foregoing, petitioner's petition for writ of habeas corpus is **DENIED** as moot.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: January 31, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL